NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT


ANDREW CHERRY,                          )
                                        )
            Appellant,                  )
                                        )
v.                                      )        Case No. 2D17-1966
                                        )
440 WEST, INC.,                         )
                                        )
            Appellee.                   )
_____)

Opinion filed February 2, 2018.

Appeal from the Circuit Court for Pinellas
County; Jack R. St. Arnold, Judge.

Paul Decailly of Decailly Law Group, P.A.,
Indian Rocks Beach, for Appellant.

Richard A. Sherman, Sr. of Richard A.
Sherman, P.A., Fort Lauderdale; and Tera L.
Radigan and Scott B. Albee of Fulmer Leroy
& Albee, PLLC, Tampa, for Appellee.


PER CURIAM.


            Affirmed.


VILLANTI, SALARIO, and ROTHSTEIN-YOUAKIM, JJ., Concur.